# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10567
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
March 24, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

COREY DON ANGLIN,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CR-91-1

---

Before WIENER, HO, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent defendant-appellant Corey Don Anglin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Anglin has filed a response and an incorporated motion to appoint new counsel, which is DENIED. *See United States v.*

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10567

*Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998). The record is not sufficiently developed to allow us to make a fair evaluation of Anglin's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Anglin's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.